of the mouth of the Kaw or Kansas River, subject only to changes which may occur by the natural processes of accretion and reliction, but not by avulsion.

"The costs of this suit are equally divided between the two States, Complainant and Defendant."

*Harold R. Fatzer,* Attorney General of Kansas, for complainant. *T. E. Taylor,* Attorney General of Missouri, and *Frank W. Hayes,* Assistant Attorney General, for defendant.

No. 200, Misc. SPITZER *v.* MAYO, CUSTODIAN. Supreme Court of Florida. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 191, Misc. ALLEN *v.* ASHE, WARDEN. Petition for writ of certiorari to the Supreme Court of Pennsylvania dismissed on motion of petitioner.

No. 134, Misc. ENOS ET AL. *v.* CHAPMAN, SECRETARY OF THE INTERIOR, ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 168, Misc. MACKAY ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. Motion for leave to file petition for writs of mandamus and prohibition denied. *Zach Lamar Cobb* for petitioners. *Solicitor General Perlman* for respondents.

No. 190, Misc. PHYSIOC *v.* SUPREME COURT OF CALIFORNIA ET AL.; and
No. 195, Misc. HOMLERY *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. Motions for leave to file petitions for writs of mandamus denied.

No. 198, Misc. IN RE SHENKIN. Motion for leave to file petition for writ of habeas corpus denied.